*FILED IN OPEN COURT ON 8/6/07*

*(RPG)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 07- *143 M (MPT)* |
| ) | |
| Manlio Yovani MARTINEZ-RODRIGUEZ, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR DETENTION HEARING**

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves **(check all that apply)**:

    \_\_\_\_  Crime of violence (18 U.S.C. § 3156)

    \_\_\_\_  Maximum sentence life imprisonment or death

    \_\_\_\_  10+ year drug offense

    \_\_\_\_  Felony, with two prior convictions in above categories

    \_\_\_\_  Minor victim

    \_\_\_\_  Possession/ use of firearm, destructive device or other dangerous weapon

    \_\_\_\_  Failure to register under 18 U.S.C. § 2250

    \_\_x\_\_  Serious risk defendant will flee

    \_\_\_\_  Serious risk obstruction of justice

FILED

AUG - 6 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2.  **Reason For Detention**.  The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

  __x__   Defendant's appearance as required

  _____   Safety of any other person and the community

3.  **Rebuttable Presumption**.  The United States will/will not invoke the rebuttable presumption against defendant under § 3142(e).  (If yes) The presumption applies because (**check one or both**):

  _____   Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c), or a federal crime of terrorism, or a specified offense (_____) with minor victim

  _____   Previous conviction for "eligible" offense committed while on pretrial bond

4.  **Time For Detention Hearing**.  The United States requests the court conduct the detention hearing,

  _____   At first appearance

  __X__   After continuance of _3_ days (not more than 3).

5.  **Temporary Detention**.  The United States request the temporary detention of the defendant for a period of _____ days (not more than 10) so that the appropriate officials can be notified since (**check 1 or 2, and 3**):

  _____   1.  At the time the offense was committed the defendant was:

    _____ (a) on release pending trial for a felony;

    _____ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

    _____ (c) on probation or parole for an offense.

  __x__   2.  The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

  __x__   3.  The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

_____

_____

DATED this ___6___ day of ___AUGUST___, 2007.

                                                  Respectfully submitted,

                                                  COLM F. CONNOLLY
                                                  United States Attorney

By: _____
                                                 David L. Hall
                                               Assistant United States Attorney