AO 432 (Rev. 2/84)

Administrative Office of the United States Courts

**WITNESS AND EXHIBIT RECORD**

07-143M
U.S. v. Martinez-Rodriguez
Prel/Det Hrg.

| DATE | CASE NUMBER | OPERATOR | | | PAGE NUMBER | |
|---|---|---|---|---|---|---|
| 8/13/07 | 07-143M | K. Ncato | | | | |

| NAME OF WITNESS | DIRECT | CROSS | ~~REDIRECT~~ | RECROSS | PRESIDING OFFICIAL |
|---|---|---|---|---|---|
| Patrick McCall ICE Special Agent (Sworn) | 8:13am | 8:17am | 8:21am | Excused | |

| EXHIBIT NUMBER | DESCRIPTION | ID | ADMITTED IN EVIDENCE |
|---|---|---|---|
| Gov't 1 | Copy of Affidavit of Criminal Complaint of 07-143M & 142M | No Obj | No Obj. |

FILED
AUG 13 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE