AO 442(Rev. 12/85) Warrant for Arrest

## UNITED STATES DISTRICT COURT

### DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

Manlio Yovani MARTINEZ-RODRIGUEZ

**WARRANT FOR ARREST**

CASE NUMBER: 07- 143 M (MPT)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Manlio Yovani MARTINEZ-RODRIGUEZ when and as stated in the

Criminal Complaint and bring said Defendant to the nearest magistrate to answer a(n)

__ Indictment  Information  _X_ Complaint  __ Order of court  __ Violation Notice  __ Probation Violation Petition

charging the Defendant with (brief description of offense)

in violation of Title __8__ United States Code, Section (s) ___1324(a)(1)(A)(ii) & (a)(1)(B)(i)___

**FILED AUG 14 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE**

Honorable Mary Pat Thynge
Name of Issuing Officer

United States Magistrate Judge
District of Delaware
Title of Issuing Officer

Signature of Issuing Officer

August 6, 2007   Wilmington, DE
Date and Location

Bail fixed at $ _____

by _Mary Pat Thynge_
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at 844 Kong St. Wilm. DE |

| DATE RECEIVED 8-6-07 | NAME AND TITLE OF ARRESTING OFFICER William David Dosen | SIGNATURE OF ARRESTING OFFICER William Daw |
|---|---|---|
| DATE OF ARREST 8-6-07 | | |

AO 442 (Rev. 12/85) Warrant for Arrest