IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CASE # CR 07-120-2-SLR |
| MANLIO YOVANI MARTINEZ-RODRIGUEZ | ) PLEASE DIRECT ALL INQUIRIES |
| | ) TO 573-6128 |
| | ) |
| Defendant. | |

## NOTICE TO APPEAR

Please note that the above captioned case has been scheduled for an **ARRAIGNMENT** before the Honorable Mary Pat Thynge, on **SEPTEMBER 27, 2007 AT 1:00 PM** in Courtroom #6C, 6th Floor, Boggs Federal Building, 844 N. King Street, Wilmington, DE.

Peter T. Dalleo
Clerk of the Court

By: _____
Deputy Clerk

Date: 9/20/07

To: Manlio YovaniMartinez-Rodriguez

cc: counsel



FILED
SEP 20 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE