IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| vs. | : | Docket Number |
| | : | |
| | : | |
| Manlio Yovani Martinez Rodriguez, | : | 07-CR-120 SLR |
| Defendant. | : | |

ORDER

AND NOW, this      day of         , 2007, upon consideration of the Defendant's Motion to Suppress, it is hereby ORDERED and DECREED that the same be, and it is hereby, GRANTED.

BY THE COURT:

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| vs. | : | Docket Number |
| | : | |
| | : | |
| MANLIO YOVANI MARTINEZ RODRIGUEZ, | : | 07-CR-120 |
| Defendant. | : | |

DEFENDANT'S MOTION TO SUPPRESS EVIDENCE FOR
LACK OF PROBABLE CAUSE OR REASONABLE SUSPICION

The Defendant in this case was a passenger in a vehicle that was stopped in the parking lot of the Abbey Medical Center located at 1 Centurian Drive, Newark, DE. The vehicle did not engage in any traffic violations. The vehicle simply began to move almost simultaneously with the arrival of a police vehicle. The police vehicle was allegedly responding to a Burglary Type Alarm. The officer immediately stopped the vehicle where Defendant was a passenger. The Defendant was thereafter arrested and charged. This scenario does not give the officer reasonable suspicion that criminal activity is at foot or probable cause that a crime was committed or that evidence of a crime would be found in the vehicle in question. There is no independent evidence that a Burglary Alarm had been activated at the Hospital at that time.

WHEREFORE, it is respectfully submitted that this Honorable Court order that any and all evidence obtained by the Government be suppressed. A hearing is requested.

Respectfully submitted,

José Luis Ongay
Attorney for Defendant

Date October 11, 2007

CERTIFICATION OF SERVICE

On this date, I, José Luis Ongay, did hereby serve Shawn Weede, AUSA, a true and correct copy of this motion at Chase Manhattan Centre, 1201 Market Street, Suite 1100, P.O. Box 2046.

José Luis Ongay, Esquire

Date: October 11, 2007