IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>      Plaintiff,             )<br>                              )<br>   v.                         )   Crim. No. 07-120-SLR<br>                              )<br>MANLIO YOVANI MARTINEZ ,      )<br>RODRIGUEZ,                    )<br>                              )<br>      Defendant.              )  | |

**O R D E R**

At Wilmington this 30th day of October, 2007, having conferred with counsel;

IT IS ORDERED that an evidentiary hearing is scheduled for **Wednesday, December 5, 2007** at **5:00 p.m.** in courtroom No. 6B, sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

_____
United States District Judge