IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE


UNITED STATES OF AMERICA,      )
                                      )

         Plaintiff,              )
                                        )

     v.                           )    Crim. No. 07-120-SLR
                                        )

MANLIO YOVANI MARTINEZ ,      )
RODRIGUEZ,                    )
                                        )

         Defendant.         )


## ORDER

At Wilmington this 4th day of December, 2007, due to the inability of the Clerk's

Office to secure the services of an interpreter for the evidentiary hearing scheduled for

December 5, 2007;

IT IS ORDERED that the evidentiary hearing scheduled for **Wednesday,**

**December 5, 2007** at **5:00 p.m.** is **cancelled** and **rescheduled** to commence on

**Tuesday, January 8, 2008** at **4:30 p.m.** in courtroom No. 6B, sixth floor of the J. Caleb

Boggs Federal Building, 844 King Street, Wilmington, Delaware.

IT IS FURTHER ORDERED that the time between this order and the **January 8,**

**2008** hearing shall be excluded under the Speedy Trial Act in the interests of justice.

18 U.S.C. § 3161(h)(8)(A).


                                         United States District Judge