IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| vs. | : | Docket Number |
| | : | |
| Manlio Yovani Martinez Rodriguez, | : | 07-CR-120 SLR |
| Defendant. | : | |

Defendant's Motion to Postpone Suppression Hearing

1. A suppression hearing is scheduled for January 8, 2008 at 4:00 P.M.

2. Defendant's Counsel has confronted problems transcribing the cassette tape of the initial appearance. The transcriber does not understand many of the recorded conversations.

3. Defendant needs the transcript to cross examine Government witnesses.

WHEREFORE, Defendant respectfully requests that the suppression hearing be postponed to allow Defendant time to obtain and transcribe another cassette tape.

Respectfully,

José Luis Ongay, Esquire

Date: January 8, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| vs. | : | Docket Number |
| | : | |
| Manlio Yovani Martinez Rodriguez, | : | 07-CR-120 |
| Defendant. | : | |

ORDER

Now this 8th day of January 2008, Defendant's Motion to Postpone Suppression Hearing is hereby Granted. The suppression hearing will take place on January 30, 2008 at 4:30 PM.

_____
J.

CERTIFICATION OF SERVICE

On this date, I, José Luis Ongay, did hereby serve Shawn Weede, AUSA, a true and correct copy of this motion at Chase Manhattan Centre, 1201 Market Street, Suite 1100, P.O. Box 2046, Wilmington, DE 19899-2046.

                                                                                  _____
                                                                                  José Luis Ongay, Esquire

Date: January 8, 2008