IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| vs. | : | Docket Number |
| | : | |
| | : | |
| Manlio Yovani Martinez Rodriguez, | : | 07-CR-120 |
| Defendant. | : | |

ORDER

Now this 8th day of January 2008, Defendant's Motion to Postpone Suppression Hearing is hereby Granted. The suppression hearing will take place on January 30, 2008 at 4:30 PM.

_____ J.