AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ DELAWARE _____

U.S.A.

V.

Manlio Yovani Martinez-Rodriguez

**EXHIBIT AND WITNESS LIST**

Case Number: 07-cr-120-SLR

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Sue L. Robinson | Shawn Weede | Jose Luis Ongay |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 1/30/2008 | V. Gunning | N. Fasano-Newman |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 1/30/08 | | ✓ | Call for service report (Lloyd) |
| 2 | | 1/30/08 | | ✓ | Photo of the Abbey Medical Center (Lloyd) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages