# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 07-120-2-SLR |
| ) | |
| MANLIO YOVANI ) | |
| MARTINEZ-RODRIGUEZ, ) | |
| ) | |
| Defendant. ) | |

## MOTION AND ORDER TO DISMISS

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Shawn A. Weede, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss Count II of the Indictment pursuant to the defendant's plea to Count I of the Indictment dated April 10, 2008.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: _____
Shawn A. Weede
Assistant United States Attorney

Dated: June 2, 2008

SO ORDERED this __3d__ day of __June__, 2008.

_____
HONORABLE SUE L. ROBINSON
United States District Court Judge